RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES  DIVISION

| | |
|---|---|
| RUDOLPH PERKINS | DOCKET NO. 11-CV-283 |
| VERSUS | JUDGE MINALDI |
| TERRY TERRELL, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1) and 28  U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _15_ day of November,2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE